1
2
3
4  Attorney for *Plaintiffs Monique*
5  *and Steve Labarre*
6
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10

11  MONIQUE BORDEAUX LABARRE          )   Case No. 11-CV-2189-IEG (POR)
12  and STEVE LABARRE,                )
                                      )   NOTICE OF CHANGE OF ADDRESS
13         Plaintiffs,                )
                                      )
14         vs.                        )
                                      )
15  MARRIOTT INTERNATIONAL,           )
    INC. and DOES 1-25,               )
16         Defendants.                )

                    NOTICE OF CHANGE OF ADDRESS
17
        TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
18
        PLEASE TAKE NOTICE THAT MONIQUE BORDEAUX WILSON
19
   has changed ✓ names, ✓ firms, ✓ addresses, ✓ phone numbers, and/or ✓ fax
20
   numbers as follows.
21
        Current contact information:
22
23  Monique Bordeaux Labarre (SBN # 228352)
    333 W. Harbor Dr. #100
24  San Diego, CA 92101
25  Phone: (408) 910-4900
    Fax: (619) 234-8678
26
27  DATED: 10/20/11          Signature: /s/ MB Labarre
28

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2011, I electronically filed and served plaintiffs Monique and Steve Labarre's Notice of Change of Address with the Clerk of the District Court, Southern District using the CM/ECF system, which sent notification of such filing to the following:

| | |
|---|---|
| Eric R. Deitz | edeitz@wingertlaw.com |
| Roger Dyer | rogerd@dyerlawoffice.com |

/s/ *Monique Bordeaux Labarre*
Monique Bordeaux Labarre